PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Troy Timothy Kisling**

**Docket No. 0:02CR00408-003(DWF/SRN)**

**Petition on Supervised Release**

COMES NOW **MELISSA L. PEREZ**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Troy Timothy Kisling** who was sentenced for Mail Fraud on January 13, 2004, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mandatory drug testing
- Drug aftercare
- Mental health aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION E: The defendant shall participate in a program for narcotic addiction or drug dependency as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group.

On February 28, 2005, Mr. Kisling failed to report for drug testing. To his credit, he contacted this officer on March 1, 2005, and stated that he was very busy at work and forgot to report.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform ten hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 11th day of March, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Melissa L. Perez
U.S. Probation Officer

Executed on March 10, 2005
Place St. Paul

c: United States Sentencing Commission

SCANNED
MAR 14 2005
U.S. DISTRICT COURT ST. PAUL