PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Troy Timothy Kisling**

**Docket No. 0:02CR00408-003(DWF)**

**Petition on Supervised Release**

COMES NOW **MELISSA L. PEREZ**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Troy Timothy Kisling** who was sentenced for Mail Fraud on January 13, 2004, by the Honorable Donovan W. Frank, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Mandatory drug testing
- Mental health treatment

***Amended as of March 11, 2005:***

- 10 hours community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION #1: The defendant shall not commit any federal, state, or local crime.

On June 16, 2005, Mr. Kisling was arrested for Third Degree Gross Misdemeanor Driving While Intoxicated.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall abstain from the use of alcohol and other intoxicants.

The defendant shall participate in a remote alcohol monitoring program for a period of six months. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 10 p.m. until 6 a.m. the following day for the purposes of alcohol testing.

SCANNED
JUL 2 0 2005
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 20th day of July, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Melissa L. Perez
U.S. Probation Officer

Executed on July 19, 2005
Place St. Paul