PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Troy Timothy Kisling**

**Docket No. 0:02CR00408-003(DWF)**

**Petition on Supervised Release**

COMES NOW **MELISSA L. PEREZ**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Troy Timothy Kisling** who was sentenced for Mail Fraud on January 13, 2004, by the Honorable Donovan W. Frank, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Alcohol treatment
- Substance abuse testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On July 29, 2005, Mr. Kisling's urinalysis specimen yielded a positive result for the use of cocaine.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on Friday, August 5, 2005, at 11:30 a.m. to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 3rd day of August, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Melissa L. Perez
U.S. Probation Officer

Executed on August 3, 2005
Place St. Paul

cc: U.S. Attorney's Office
Federal Defender's Office

SCANNED
AUG 03 2005
U.S. DISTRICT COURT ST. PAUL