**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# ZERO TOLERANCE REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

TROY TIMOTHY KISLING,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: DONOVAN FRANK
U.S. Judge

Case No: 02-408(03)(DWF/SRN)
Date: August 5, 2005
Court Reporter: JEANNE ANDERSON
Tape Number:
Time Commenced: 11:30
Time Concluded: 12:00
Time in Court: Hour & 30 Minutes

## APPEARANCES:

Plaintiff: DAVID MACLAUGHLIN, Assistant U.S. Attorney
Defendant: VIRGINIA VILLA 9 FPD 9 CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Court Revokes Probation.**
: **Court Orders continued Supervised Release with modifications: Defendant to serve 6 months at the Volunteers of America with work release privileges. Until defendant begins serving he shall immediately be on home confinement with electronic monitoring, remote alcohol testing and work release privileges**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
: Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
: Defendant released on same terms and conditions.
9 Detention Hearing scheduled for.
9 Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued with an addition of 30 days to serve in a community corrections center.
9 Defendant is sentenced to:
9 Written order to be issued.

s/Lowell Lindquist
Deputy Clerk