AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**TROY TIMOTHY KISLING**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-408(03)(DWF/SRN)**
USM Number: **03109-090**
Social Security Number: **2961**
Date of Birth: **1960**

**Virginia G. Villa**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s) of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| General Condition | Tested positive for cocaine. | 7/29/05 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**AUGUST 5, 2005**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**AUGUST 5, 2005**
Date

DEFENDANT: TROY TIMOTHY KISLING
CASE NUMBER: 02-408(03)(DWF/SRN)

# SUPERVISED RELEASE

The defendant shall remain on Supervised Release with the same terms and conditions and with these modifications:

1. The defendant shall serve 6 MONTHS at Volunteers of America with work release privileges. Until defendant begins serving the 6 months at the VOA, he shall immediately be placed on home confinement, with electronic monitoring, remote alcohol testing and work release privileges. (The defendant shall receive credit toward the 6 months for each day served on home confinement.)