**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-408 (DWF) |
| | ) | Date: 4/6/06 |
| TROY TIMOTHY KISLING, | ) | Court Reporter: NA |
| | ) | Tape Number: 13/100-308 |
| Defendant. | ) | Time Commenced: 2:00 p.m. |
| | ) | Time Concluded: 2:10 |
| | ) | Time in Court: 10 Minutes |

APPEARANCES:

Plaintiff: Bill Koch, Assistant U.S. Attorney
Defendant: Virginia Villa

☒ FPD ☐ CJA ☐ Retained ☒ To Be Appointed

Date Charges Filed: 3/24/06 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention:
Motion is ☒ granted, temporary detention ordered
☐ denied
☐ moot

☐ Defendant released on current supervisory conditions
☐ Defendant released on current supervisory conditions, plus additional conditions, see Order Setting Conditions of Release.

Next appearance date is 4/7/06 at 3:00 p.m. before U.S. Magistrate Judge Janie S. Mayeron in Mpls. Courtroom 8E for:

☒ Detention Hearing ☒ Preliminary Revocation Hearing

Additional Information:

s/SK
Law Clerk