**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-408 (DWF) |
| | ) | Date: 4/7/06 |
| TROY TIMOTHY KISLING, | ) | Court Reporter: NA |
| | ) | Tape Number: 14/447-496 |
| Defendant. | ) | Time Commenced: 3:00 p.m. |
| | ) | Time Concluded: 3:10 p.m. |
| | ) | Time in Court: 10 Minutes |

☒ **PRELIMINARY REVOCATION HEARING**
☒ **DETENTION HEARING**

APPEARANCES:

Plaintiff: David Maclaughlin, Assistant U.S. Attorney
Defendant: Virginia Villa

On Violation of Supervised Release

☐ Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release

☒ Defendant Ordered Detained - Detention hearing continued until 4/10/06 at 10:00 a.m. before Magistrate Judge Nelson in Courtroom 8E in the Minneapolis Courthouse.

☒ Defedant waived preliminary hearing.

Additional Information:

s/SK
Law Clerk