**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-CR-408 (3) DWF |
| | ) | Date: April 10, 2006 |
| TROY TIMOTHY KISLING (3), | ) | Court Reporter: None |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced: 1:00 p.m. |
| | | Time Concluded: 1:20 p.m. |
| | | Time in Court: 20 Minutes |

____ **PRELIMINARY HRG ONLY** X **DETENTION HRG ONLY**

___ **PRELIMINARY/DETENTION HRG** ____ **REMOVAL HRG**

___ **PRELIMINARY REVOCATION/ DETENTION HRG** ____ **REMOVAL/DETENTION HRG**

APPEARANCES:

**Plaintiff**: David MacLaughlin, Assistant U.S. Attorney

**Defendant:** Virginia Villa
**X FPD** ☐ CJA ☐ Retained ☐ Appointed

Interpreter : NA // English

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release **X Supervised Release**

☐ Charges from other District ________________________________________________

**X Deft Ordered Detained - Govt to submit proposed order** ☐ Bond Continued ☐ Moot Currently Srvg Sentence

Bond set in the amount of $____________________ with conditions, see Order Setting Conditions of Release.

Additional Information: **Final Revocation Hearing will be held before Judge Frank in Minneapolis. Counsel are to contact his chambers for a date and time for the hearing.**

s/ Shirley Hansen
Signature of Judicial Assistant