UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-408(3)(DWF/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY TIMOTHY KISLING,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER OF DETENTION** |

This matter came before the Court on April 10, 2006, upon the motion of the United States for an Order of Detention. The government was represented by Assistant United States Attorney David J. MacLaughlin. The defendant was present and represented by his attorney, Virginia Villa, Esq. The underlying matter is an allegation by the probation officer in the case that the defendant has violated conditions of his supervised release by refusing to comply with her directives and refusing to meet with her as directed. The defendant has waived his right to a preliminary hearing on these allegations.

Based upon the arguments of counsel at the hearing as well as upon all the files, records and proceedings herein, the Court finds that the defendant has failed to satisfy his burden of proving by clear and convincing evidence that he is not a flight risk.

Specifically, Federal Rule of Criminal Procedure 32.1(a)(6) provides:

> The magistrate judge may release or detain the person under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the person.

On this record, the defendant fails to satisfy his burden of proving, by clear and convincing evidence as is required by 18 U.S.C. § 3143, that he is not a risk of flight. The defendant has repeatedly refused to show up for meetings called by the probation officer and of which the defendant had advance notice. He has also missed several urinalysis tests. He has failed to meet his obligations as a supervisee notwithstanding the fact that he has been repeatedly warned about the consequences of failing to abide by the conditions imposed upon him by the Court. The Court further notes that the defendant is currently unemployed.

For the foregoing reasons it is hereby ordered that the defendant is remanded to the custody of the Attorney General,

who shall produce the defendant for his final revocation hearing before Judge Donovan Frank at a time yet to be scheduled.

Dated: April 10, 2006

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge
District of Minnesota