AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
APR 12 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

2006 MAR 27 P 3:39

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

UNITED STATES OF AMERICA

V.

Troy Timothy Kisling

**WARRANT FOR ARREST**

CASE NUMBER: **CR 02-408(3) DWF/SRN**

0641-0327-0648-0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Troy Timothy Kisling

and bring him forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him with:

Violation of Supervised Release

Ordered by: Donovan W. Frank, United States District Court Judge.

Mary Kay Furchner

(By) Mary Kay Furchner, Deputy Clerk

March 27, 2006 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: _____________________

Name and Title of Arresting Officer ________________________ Signature of Arresting Officer ________________________

ARRESTED ON 4-6-06
ARRESTED BY USMS-MN
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [signature]

SCANNED
APR 13 2006
U.S. DISTRICT COURT MPLS