IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# SUPERVISED RELEASE REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.
TROY TIMOTHY KISLING,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: DONOVAN W. FRANK
U.S. Judge

Case No: 02-408(01)
Date: April 18, 2006
Court Reporter: JEANNE ANDERSON
Tape Number:
Time Commenced: 10:00
Time Concluded: 10:30
Time in Court: Hours & 30 Minutes

APPEARANCES:

Plaintiff: DAVID MACLAUGHLIN, Assistant U.S. Attorney
Defendant: VIRGINIA VILLA ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

**DEFENDANT'S MOTION FOR RELEASE AND VOLUNTARY SURRENDER - DENIED.**

PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☒ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☒ Defendant sentenced to the Bureau of Prisons for 9 MONTHS with no supervision to follow. Court recommends: 1. Confinement at a Federal Medical Facility. 2. Defendant be evaluated for mental health and depression issues and any medications necessary. 3. Defendant be screened for cocaine and other drug use.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued.
☐ Defendant, as an added condition of supervision, is sentenced to:

.

☐ Written order to be issued.

s/Lowell Lindquist
Deputy Clerk