AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**TROY TIMOTHY KISLING**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-408(03)(DWF/SRN)**
USM Number: **03109-090**
Social Security Number: **2961**
Date of Birth: **1960**

**Virginia Villa**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of conditions of the terms of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | Failed to report for urinalysis twice. | 3/20/06 |
| Mandatory Condition #6 | Failed to report that he had stopped going towork. | 3/15/06 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**April 18, 2006**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**April 20, 2006**
Date

DEFENDANT: TROY TIMOTHY KISLING
CASE NUMBER: 02-408(03)(DWF/SRN)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 MONTHS with no Supervised Release Term to follow. Upon completion of the term of imprisonment the defendant is discharged**.

[**X**] The court makes the following recommendations to the Bureau of Prisons:

1. **Defendant be placed in a Federal Medical Facility.**
2. **Defendant be evaluated for mental health and depression issues and medication that may help those issues.**
3. **Defendant be screened for cocaine and other drug problems.**

[**X**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ______________ to ______________________

at ______________________, with a certified copy of this judgment.

______________________
United States Marshal

By ______________________
Deputy United States Marshal